IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PRISCILA CRUZ-GONZALEZ,
on behalf of her minor child D.M.S.C,

    Plaintiff,

v.

JOHN F. KELLY, Secretary of Homeland
Security; JEFFERSON BEAUREGARD
SESSIONS III, Attorney General of the United
States; SARAH SALDANA, Director, U.S.
Immigration & Customs Enforcement; LEON
RODRIGUEZ, Director, U.S. Citizenship and
Immigration Services; and THOMAS DECKER,
Field Office Director,

    Defendants.

CIVIL ACTION
NO. 16-5727

**ORDER**

**AND NOW**, this 4th day of August, 2017, upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 46), and after argument held, it is hereby **ORDERED** as follows:

1. The Plaintiff's Complaint is **DISMISSED**.

2. The preliminary injunction is **DENIED** and all relief sought is **DENIED**.

3. The Motion for Leave to File First Amended Complaint (Docket No. 46) is **DENIED**.[1]

4. The clerk of course is directed to close this case.

                            **BY THE COURT:**

                            **/s/ Jeffrey L. Schmehl**
                            Jeffrey L. Schmehl, J.

---

[1] As explained in this Court's accompanying Opinion, although Plaintiff's motion is denied and motions are pending on the docket, the Court reviewed all docket entries to aid its decision in this case.